**Opinion issued November 13, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00631-CR

_____

**JESSE A. LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 17-DCR-077033**

---

## MEMORANDUM OPINION

Appellant, Jesse A. Lopez, has filed a motion to dismiss his appeal, which he

and his attorney have signed. *See* TEX. R. APP. P. 42.2(a). We have not issued a

decision in the appeal, and more than ten days have passed and the State has not expressed opposition to appellant's motion.[1]  *See id.* 10.3(a)(2), 42.2(a).

Accordingly, we grant appellant's motion and dismiss the appeal.  *See id.* 42.2(a), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.

Do not publish.   TEX. R. APP. P. 47.2(b).

---

[1]     The State has filed a motion to dismiss the appeal for lack of jurisdiction.